UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID KUTZER,                         :
                                      :
          Plaintiff                   :      No. 3:13-CV-01774
                                      :
     vs.                              :      (Judge Kane)
                                      :
CAROLYN W. COLVIN, ACTING             :
COMMISSIONER OF SOCIAL                :
SECURITY,                             :
                                      :
          Defendant                   :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1.  The Clerk of Court shall enter judgment in favor of the Commissioner and against David Kutzer as set forth in the following paragraph.

2.  The decision of the Commissioner of Social Security denying David Kutzer disability insurance benefits and supplemental security income benefits is affirmed.

3.  The Clerk of Court shall close this case.

__s/ Yvette Kane_____
Yvette Kane
United States District Judge

Date: September 26, 2014